**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Barbara A. Cresci, Joseph J. Cresci

      Plaintiffs,           Civil No. 08-2237 (RHK/FLN)

vs.                      **DISQUALIFICATION AND
                             ORDER FOR REASSIGNMENT**

Wyeth Pharmaceuticals, Inc.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 16, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge